MARIE HARVEY, Respondent, v. J. P. MORGAN & Co., Appellant.— Motion for leave to appeal to the Appellate Division granted. Present — Lazansky, P. J., Carswell, Johnston, Adel and Close, JJ.

ISMO ESTATES, INC., Respondent, v. HARRY MARTIN, Doing Business as MARTIN'S, Appellant.— Motion for leave to appeal to the Appellate Division denied, with ten dollars costs. Present — Lazansky, P. J., Carswell, Johnston, Adel and Close, JJ.

In the Matter of the Application of BAR ASSOCIATION OF NASSAU COUNTY, INC., in Respect of GEORGE H. BEAUBIAN, Attorney and Counselor at Law, Respondent.— Respondent collected money for his client and used it. He has, however, finally accounted therefor. A dispute as to the amount of his fee did not warrant his conduct. Because of the state of his health the court limits its discipline to a censure, hereby administered. Present — Lazansky, P. J., Johnston, Adel, Taylor and Close, JJ.

In the Matter of the Application of THE CITY OF NEW YORK Relative to Acquiring Title, etc., for the Opening and Extending of Avenue L, from East 80th Street to East 86th Street, etc., and Avenue M, from East 80th Street to East 108th Street, etc., in the Borough of Brooklyn, City of New York. VINCENZA ALAIMO and Others, Appellants; THE CITY OF NEW YORK, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Carswell, Johnston, Adel and Close, JJ.

In the Matter of the Petition of RUSSELL, SHEVLIN & RUSSELL, as Attorneys for PAUL KALLMEYER, Limited General Guardian of GLORIA LIMBERG and LUCILLE LIMBERG, for a Counsel Fee in the Estate of CHARLES LIMBERG, etc., Deceased. ALPHONSE G. LIEBER, Special Guardian for GLORIA LIMBERG, an Infant, etc., and Others, Appellants; WILLIAM C. LIMBERG, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Motion for stay denied. Present — Lazansky, P. J., Carswell, Johnston, Adel and Close, JJ.

In the Matter of the Application for the Removal from Office of ALEX REIDULSKI, as Constable of the Town of New Windsor, under Section 36 of the Public Officers Law.— Proceeding instituted by citizens pursuant to the provisions of Public Officers Law, section 36, for the removal of the respondent from the office of constable of the town of New Windsor, Orange county, New York. The respondent, a layman unlearned in the law, violated its form in the presentation of the questioned bill for services in the sum of five dollars. Nevertheless it is unquestioned that at the direction of a justice of the peace he rendered actual service which was the basis of his charges. In the circumstances, the infliction of the drastic penalty of removal from office is not warranted. Proceeding dismissed. Present — Lazansky, P. J., Johnston, Adel, Taylor and Close, JJ.

In the Matter of the Petition of QUEENS COUNTY BAR ASSOCIATION in Respect of JAY ELWYN RICE, JR., an Attorney and Counselor at Law.— Matter referred to Hon. Isaac M. Kapper, official referee, to hear and to report with his opinion. Present — Lazansky, P. J., Carswell, Johnston, Adel and Close, JJ.